Argued and submitted June 29, reversed and remanded for entry of single judgment of
conviction August 19, 1987

STATE OF OREGON,
*Respondent,*

*v.*

SHAWN CLAYTON LLOYD,
*Appellant.*

(86071633; CA A42226)

740 P2d 1242

Gary D. Babcock, Public Defender, Salem, argued the
cause and filed the brief for appellant.

Terry Ann Leggert, Assistant Attorney General, Salem,
argued the cause for respondent. With her on the brief were
Dave Frohnmayer, Attorney General, and Virginia L. Linder,
Solicitor General, Salem.

Before Warden, Presiding Judge, and Van Hoomissen and
Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of two counts of possession of a controlled substance for his simultaneous possession of two different substances. We accept the state's concession that the trial court erred in entering two separate convictions.

Reversed and remanded for entry of a single judgment of conviction.